**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-6716**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-93-262-A)

Submitted: September 8, 2000        Decided: September 18, 2000

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lloyd George Maxwell, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lloyd George Maxwell seeks to appeal the district court's order denying his Fed. R. Civ. P. 60(b) motion challenging the district court's March 21, 1997, denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error in its determination that Maxwell's current motion is untimely under Rule 60(b). Accordingly, we deny a certificate of appealability and dismiss the appeal on this reasoning of the district court. See United States v. Maxwell, No. CR-93-262-A (E.D. Va. Apr. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2